# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02089-JLK-DLW

**COLORADO WILD, INC.,**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL,**

Plaintiffs,

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture,**

Defendant.

_____

## ORDER RE: MOTION TO INTERVENE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter came before the Court on the Motion of the Leavell-McCombs Joint Venture for Leave to Intervene on the side of the Defendant.

The Court having considered such motion and the arguments in support thereof and the responses thereto pursuant to Fed. R. Civ. P. 24(b)(2);

**IT IS HEREBY ORDERED** that the Applicant's Motion is **GRANTED**.

**DATED: November 16, 2006**

BY THE COURT:

s/David L. West

United States Magistrate Judge