IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2089-JLK-DLW**

**COLORADO WILD, INC., and**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL**,
                    Plaintiff,
v.

**UNITED STATES FOREST SERVICE, A Federal Agency within the U.S. Department of Agriculture,**

          Defendant,

**LEAVELL-McCOMBS JOINT VENTURE,**

          Intervenor-Defendant.

---

### ORDER FOR 10 (TEN) DAY TEMPORARY RESTRAINING ORDER

---

Kane, J.

I have before me Magistrate Judge West's Recommendation, filed earlier today, on

Plaintiff's Motion for Temporary Restraining Order (Doc. 24).  The Recommendation is

for a "Temporary Restraining Order" enjoining Defendant United States Forest Service

from taking any further action to issue, permit or otherwise authorize the implementation

of any plan or  work related to ground disturbing construction activity on either the

Snowshed or Tranquility Roads, or Forest Service Road 391, or connecting these roads

with U.S. Highway 160.  I have reviewed the Recommendation and, in deference to the

Magistrate Judge's considerable work and experience in the Wolf Creek related cases,

**ADOPT** the Recommendation, modified as follows:

1.      Plaintiff's Motion for Temporary Restraining Order (Doc. 5) is **GRANTED** and

Defendant is **ENJOINED** from engaging in any of conduct or activities proscribed

in the Magistrate Judge's Recommendation, including

 A.  Authorizing, through issuance of special use permits, implementation of

the terms of such permits, (*e.g.* pre-requisite pre-work meetings), through

written or oral communication, or otherwise, any ground disturbing

construction activity on either the Snowshed or Tranquility Roads, or Forest

Service Road 391;

 B.  Submitting any application, or entering into any agreement regarding

such application, to the Colorado Department of Transportation for access

permits connecting the Snowshed or Tranquility Roads, or Forest Service

Road 391, with U.S. Highway 160; and

 C.  Taking any other action implementing the Application for

Transportation and Utility Systems and Facilities for the Village at Wolf

Creek Final Environmental Impact Statement and Record of Decision.

This injunction shall remain in effect for a period of ten days, or until otherwise

ordered.

2. In addition, out of an abundance of caution and in order to preserve the status quo,

**Intervenor-Defendant Leavell-Combs Joint Venture**, as Defendant's Permittee,

is also **ENJOINED**, for a period of ten days, from engaging in any ground

disturbing construction activity on either the snowshed or tranquility roads, or

forest service road 391.

This action shall be set for a hearing, in my Court, to consider entering the

Temporary Restraining Order as a Preliminary Injunction to continue through and until

Magistrate Judge West has had the opportunity to rule on the merits of Plaintiff's claim.

The hearing is set for **Tuesday, November 21, 2006**, at 10:00 a.m., in **Courtroom A 802,**

**Alfred A. Arraj U.S. District Courthouse 901 19th St., Denver, CO 80294.**

Dated this 16th day of November, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District

Court