IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2089-JLK-DLW**

**COLORADO WILD, INC., and
SAN LUIS VALLEY ECOSYSTEM COUNCIL**,
        Plaintiff,
v.

**UNITED STATES FOREST SERVICE, A Federal Agency within the U.S. Department of Agriculture,**

        Defendant,

**LEAVELL-McCOMBS JOINT VENTURE,**

        Intervenor-Defendant.

---

## ORDER ON JOINT STIPULATION REGARDING SCHEDULING AND FOR PRELIMINARY INJUNCTIVE RELIEF

---

Kane, J.

In light of the Temporary Restraining Order issued in this case on November 16, 2006, the parties negotiated a stipulation in which they agreed to extend the TRO, with certain limited modifications, through the briefing period on the merits of this administrative appeal. They formalized their agreement in a Joint Stipulation Regarding Scheduling (Doc. 28), which they filed November 20, 2006. I hereby APPROVE that Stipulation and enter the following Preliminary Injunction:

1. Plaintiff's request for preliminary injunctive relief is **GRANTED** and Defendant is **ENJOINED** from engaging in any of conduct or activities proscribed in the Magistrate Judge's Recommendation, including

      A. Authorizing, through issuance of special use permits, implementation of the terms of such permits, (*e.g.* pre-requisite pre-work meetings), through written or oral communication, or otherwise, any ground disturbing construction activity on either the Snowshed or Tranquility Roads, or Forest Service Road 391;

      B. Submitting any application, or entering into any agreement regarding such application, to the Colorado Department of Transportation for access permits connecting the Snowshed or Tranquility Roads, or Forest Service Road 391, with U.S. Highway 160;

      C. Taking any other action implementing the Application for Transportation and Utility Systems and Facilities for the Village at Wolf Creek Final Environmental Impact Statement and Record of Decision; and

      D. Paragraphs B and C of this injunction do not prohibit the Agency from undertaking meetings or conducting further planning regarding the proposed Village at Wolf Creek, including the preparation and/or discussion of applications for access, with Colorado Department of Transportation (CDOT), Defendant-Intervenor Leavell-McCombs Joint Venture, or the Wolf Creek Ski Area.

2. In addition, Intervenor-Defendant Leavell-Combs Joint Venture, as Defendant's Permittee, is also **ENJOINED** from engaging in any ground disturbing construction activity on either the Snowshed or Tranquility Roads, or Forest Service Road 391.

3. This injunction shall remain in effect until the issuance of the Court's ruling on the magistrate's findings and recommendation on the merits of the instant administrative appeal, or May 1, 2007, whichever comes first. If after May 1, 2007, there has not yet been a ruling on the merits from the District Court, then the U.S. Forest Service shall give Plaintiffs 10 calendar days' notice before commencing any ground-disturbing activity, or the submission of CDOT permit applications in this case.  If after May 1, 2007, there has been no ruling from the District Court on the merits of this case, Plaintiffs expressly reserve the right to move for an additional TRO or preliminary injunction as necessary to address any imminent ground-disturbing activity, permit applications, or final decisions implementing the FEIS and ROD.

4. The parties' proposed briefing schedule for the resolution of Plaintiffs' claims set forth in the Joint Stipulation is expressly **ADOPTED** and made an **ORDER** of the Court.

- The Forest Service shall lodge the Administrative Record on **December 22, 2006**.  Plaintiffs shall notify Defendants of any intention to supplement the Administrative Record by **January 5, 2007**.

- If there is no motion to supplement the Administrative Record, Plaintiffs' opening brief on the merits is due **January 19, 2007**; Defendants' response briefs are due **February 9, 2007**, and Plaintiffs' Reply is due **February 23, 2007.**

- If Plaintiffs were to file a motion to supplement the Administrative Record,

       that motion would be due **January 12, 2007**.  Defendants' responses to the motion to supplement would be due **January 22, 2007** and Plaintiffs' reply would be due **January 26, 2007.**   Plaintiffs' opening brief would then be due three weeks after any resolution of the motion to supplement; Defendants' response briefs will be due three weeks after Plaintiffs' brief; and Plaintiffs' reply will be due two weeks after the filing of Defendants' response briefs.

5. If necessary, oral argument will be set at the Court's earliest convenience following the completion of briefing on the merits.

       Dated this 22d day of November, 2006.

                                       BY THE COURT:

                                       S/**John L. Kane**
                                       Senior United States District Judge