IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2089-JLK-DLW**

**COLORADO WILD, INC., and
SAN LUIS VALLEY ECOSYSTEM COUNCIL**,
        Plaintiffs,
v.

**UNITED STATES FOREST SERVICE, A Federal Agency within the U.S. Department of Agriculture,**

        Defendant,

**LEAVELL-McCOMBS JOINT VENTURE,**

        Intervenor-Defendant.

## ORDER

Kane, J.

        This matter is before me on Plaintiffs' Motion for Clarification (doc. #30), filed December 14, 2006. I have reviewed the motion, the responses of Defendant and Intervenor/Defendant, and Plaintiffs' reply. The Motion is DENIED. No clarification is necessary as the order presently in effect is unambiguous. It is axiomatic that injunctions are strictly construed. Thus, allegations relating to the intent of an injunction are insufficient to expand the scope of it. This is especially true when an injunction is prepared by the parties and issued as a consequence of their consent and agreement.

        If the Plaintiffs believe they are being irreparably damaged by additional or un-contemplated conduct of the Defendant and/or the Intervenor/Defendant, an appropriate step may be to move to alter or amend the injunction and provide evidence in support thereof.

If Plaintiffs wish to assert they are being irreparably harmed by a non-party, the remedy is to move to join an additional party and proceed thereafter with that party as a litigant.

Dated this 15th day of December, 2006.

BY THE COURT:

S/**John L. Kane**
Senior United States District Judge