IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02089-JLK-DLW

**COLORADO WILD, INC.,**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL,**

Plaintiffs,

v.

**U.S. FOREST SERVICE,** a federal agency within the U.S. Department of Agriculture,

Defendant.

_____

**ORDER RE: FEDERAL DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND FOR LEAVE TO CONDUCT DISCOVERY**
_____

**ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant, United States Forest Service, filed a Motion for Extension of Time to File Response to Plaintiff's Motion for Supplementation of the Administrative Record and for Leave to Conduct Discovery. Plaintiffs' have no objection to the extension of time to January 26, 2007; and therefore;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED**.

**DATED: February 6, 2007.**

              **BY THE COURT:**

              **s/David L. West**

**United States Magistrate Judge**