**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-02089-JLK-DLW

**COLORADO WILD, INC.,
SAN LUIS VALLEY ECOSYSTEM COUNCIL,**

**Plaintiffs,**

v.

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture,**

**Defendant.**

v.

**LEAVELL-McCOMBS JOINT VENTURE,**

**Intervenor-Defendant.**

---

## MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiffs' Unopposed Motion to Modify/Extend November 22, 2006 Preliminary Injunction was referred to the Magistrate Judge by Judge John L. Kane on 4/24/07 and

**IT IS HEREBY ORDERED** that said motion is **GRANTED** and the preliminary injunction is continued through and including May 16, 2007, under the same terms and conditions.

**DATED: April 24, 2007**

                                            **BY THE COURT:**

                                            **s/David L. West**

                                            **United States Magistrate Judge**