## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-CV-02089-JLK-DLW**

**COLORADO WILD, INC.,**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL,**

**Plaintiffs,**

**v.**

**U.S. FOREST SERVICE, a federal agency within the U.S. Department of Agriculture,**

**Defendant.**

**v.**

**LEAVELL-McCOMBS JOINT VENTURE,**

**Intervenor-Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Upon review of Intervenor-Defendant's *Unopposed Motion to Enter Briefing Schedule For Further Preliminary Injunction And For A Second Temporary Extension of November 22, 2006 Preliminary Injunction, Docket #29,* and for good cause shown,

**IT IS HEREBY ORDERED** that Intervenor-Defendant's motion is **GRANTED** under the terms and conditions contained therein.

**IT IS FURTHER ORDERED** that the terms and conditions of the November 22, 2006 preliminary injunction order shall continue to apply in their entirety through and including **June 15, 2007**.

**IT IS FURTHER ORDERED** that the briefing of Plaintiffs' demand for a further preliminary injunction during the Court's resolution of the administrative record issues and the merits shall be as follows:

Plaintiffs shall file their motion no later than **May 11, 2007**;

Defendant and Intervenor-Defendant shall file their oppositions no later than **May 25, 2007**; and

Plaintiffs shall file any reply no later than **June 4, 2007**.

**DATED: May 9, 2007**

**BY THE COURT:**

**s/David L. West**

**United States Magistrate Judge**