IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2089-JLK-DLW**

**COLORADO WILD, INC., and**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL**,

   Plaintiffs,

v.

**UNITED STATES FOREST SERVICE, A Federal Agency within the U.S.**
**Department of Agriculture,**

   Defendant,

and

**LEAVELL-McCOMBS JOINT VENTURE,**

   Intervenor-Defendant.

_____

**ORDER**
_____

Kane, J.

   The Order on Recommendation of United States Magistrate Judge, Docket #106

entered this date, is VACATED upon determination that the period for filing objections to

the Magistrate Judge's recommendation extends through today, June 25, rather than

June 22, 2007, as originally calculated.

   IT IS SO ORDERED this 25th day of June, 2007.

        s/John L. Kane_____
        John L. Kane, Senior District Judge
        United States District Court