IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2089-JLK-DLW**

**COLORADO WILD, INC., and**
**SAN LUIS VALLEY ECOSYSTEM COUNCIL**,

        Plaintiff,

v.

**UNITED STATES FOREST SERVICE, A Federal Agency within the U.S. Department of Agriculture,**

        Defendant,

**LEAVELL-McCOMBS JOINT VENTURE,**

        Intervenor-Defendant.

## ORDER RATIFYING STIPULATED SETTLEMENT AGREEMENT

Kane, J.

The Joint Motion to Ratify Stipulated Settlement Agreement (doc. #148), filed February 25, 2008, is GRANTED. The parties' Stipulated Settlement Agreement (doc. #147) is RATIFIED under the terms and conditions contained therein. This case is DISMISSED.

Dated this 26th day of February, 2008.

                                BY THE COURT:

                                *S/John L. Kane*
                                Senior United States District Judge